

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN THE MATTER OF

R. I. M.-L.,

a Juvenile.

§

§

§

§

§

No. 08-24-00334-CV

Appeal from the

65th District Court

of El Paso County, Texas

(TC# 2000122)

# **M E M O R A N D U M   O P I N I O N**

Appellant, R. I. M.-L., a juvenile represented by appointed counsel, has filed an amended motion to voluntarily dismiss his appeal pursuant to Texas Rule of Appellate Procedure 42.2.

Texas Rule of Appellate Procedure 42.2 governs the dismissal of criminal appeals. Tex. R. App. P. 42.2. Because R. I. M.-L. is a juvenile, the motion to dismiss is instead governed by Texas Rule of Appellate Procedure 42.1. *See* Tex. Fam. Code Ann. § 56.01(b) (providing that juvenile appeals are governed by the rules of civil cases); *see also* Tex. R. App. P. 42.1 (governing the dismissal of civil appeals). While Rule 42.1 provides for the dismissal of an appeal without the signature of the appellant, in the case of a juvenile, this Court requires a written waiver of the right to appeal in compliance with Texas Family Code § 51.09. *See In re E. J. E.*, 557 S.W.3d 615, 617 (Tex. App.—El Paso 2017, no pet.) (opin. on motion) (holding that a juvenile appellant must waive the right to appeal in accordance with Family Code § 51.09 to voluntarily dismiss an appeal).

Section 51.09 requires that: "(1) the waiver is made by the child and the attorney for the child; (2) the child and the attorney waiving the right are informed of and understand the right and the possible consequences of waiving it; (3) the waiver is voluntary; and (4) the waiver is made in writing or in court proceedings that are recorded." Tex. Fam. Code. Ann. § 51.09. R. I. M.-L.'s motion contains language addressing all § 51.09 requirements and is signed by R. I. M.-L. and his appointed counsel. *See In re E. J. E.*, 557 S.W.3d at 617 ("[Waiver] can be accomplished by including the appropriate waiver language in the motion and having the juvenile sign the motion[.]").

Accordingly, we grant R. I. M.-L.'s motion and dismiss this appeal.

LISA J. SOTO, Justice

March 21, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.